

# COURT OF APPEALS

SANDEE BRYAN
MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

Monday, February 2, 2015

E. Bruce Curry
District Attorney - 216th Judicial
District Court
200 Earl Garrett Street, Suite 202
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

M. Patrick Maguire
M. Patrick Maguire, P.C.
945 Barnett Street
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

Honorable N. Keith Williams
Judge, 216th Judicial District Court
Kerr County Courthouse
700 Main Street
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:    04-15-00031-CR
        Trial Court Case Number:    A1071
        Style:  Richard Allen Clark
                    v.
                The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262

cc: Robin Burlew (DELIVERED VIA E-MAIL)
Dandy Middleton (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

Monday, February 2, 2015

No. 04-15-00031-CR

Richard Allen **CLARK**,
Appellant/s

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1071
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Pursuant to the terms of his plea-bargain agreement, Richard Allen Clark pled guilty to aggravated assault and was placed on deferred adjudication community supervision. His deferred adjudication community supervision was then revoked, he was found guilty by the trial court, and he was sentenced to ten years in prison. Clark then filed a notice of appeal. On December 18, 2014, the trial court signed a certification of defendant's right to appeal stating that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). After Clark timely filed a notice of appeal, the trial court clerk sent copies of the certification and notice of appeal to this court. *See id.* 25.2(e). The clerk's record, which includes the trial court's Rule 25.2(a)(2) certification, has been filed. *See id.* 25.2(d).

In *Hargesheimer v. State*, 182 S.W.3d 906, 913 (Tex. Crim. App. 2006), the Texas Court of Criminal Appeals held that even though a defendant originally entered into a plea-bargain agreement for deferred adjudication, when that defendant appeals from the proceeding on a motion to adjudicate guilt, Texas Rule of Appellate Procedure 25.2 will not restrict his right to appeal.  "Under this circumstance, the trial judge must check the box on the certification form indicating that the case 'is not a plea-bargain case, and the defendant has the right to appeal.'" *Id.*

We, therefore, ORDER the trial court to re-certify this case by designating it as "not a plea-bargain case" on the certification form on or before February 17, 2015. *See id.* We also ORDER the trial court clerk to file a supplemental clerk's record containing the corrected certification on or before February 23, 2015.

_____
Karen Angelini, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court